IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN LEE BURROUGHS | ) | |
| and | ) | |
| ROSE BURROUGHS | ) | |
| Plaintiffs, | ) | Cause No: 4:07cv1944MLM |
| vs. | ) | |
| MACKIE MOVING SYSTEMS CORPORATION, et al. | ) | |
| Defendants. | ) | |

**PLAINTIFFS' FIRST REVISED LIST OF INTERROGATORIES AND DEPOSITION SECTIONS TO BE OFFERED INTO EVIDENCE AT TRIAL**

COMES NOW Plaintiffs and, in light of the pretrial conference, states as their first revised list of interrogatories and deposition sections and they will offer into evidence:

**INTERROGATORY ANSWERS**

1.  Plaintiff will read Defendant Mackie Moving Systems Corporation's answers to interrogatories #4 & #8 issued in response to Plaintiff's first interrogatories to Defendant Mackie.

**DEPOSITION SECTIONS**

2.  Dr. James Coyle – 4/13/10 Deposition

    a.  P.5, L.14 to P. 31, L.22

3.  Joseph Currie – 9/28/08 Deposition

      a. P.4, L.3-4

      b. P.4, L.13-22

      c. P.5, L.18-21

      d. P.18, L.19 – P.20, L.9

      e. P.21, L.2 to P.22, L.9

      f. P.26, L.6-9

      g. P.27, L.4 - P.30, L.4

      h. P.30, L.11 to P.31, L.5

      i. P.32, L.8 to P.33, L.6

      j. P.33, L.22 to P.35, L.24

4. Lois Rohan (in the event she is unavailable or fails to appear at trial)

      a. P.7., L.4 to P.17, L.6

      b. P. 37, L.3 – P.38, L.14

5. Robert Donovan (in the event he is unavailable or fails to appear at trial)

      a. P.7, L.3 to P.7, L. 16

      b. P.8, L.16 to P. 17, L.16

      c. P.25, L.4 to P.30, L.8

6. Eric Kessler (in the event he is unavailable or fails to appear at trial)

      a. P. 7, L.3 to P.26, L.13

7. Leroy Grossman (in the event he is unavailable for trial)

      a. P.6, L.8 to P.18, L.2

      b. P.29, L.20 to P.31, L.8

Schultz & Myers, LLC


By:   /s/ Joshua P. Myers
Joshua P. Myers, ED #511892
13321 N. Outer 40 Rd., Ste 800
Chesterfield, MO 63017
Phone:     (314) 448-4268
Fax:         (314) 720-0744
Email:      josh@schultzmyers.com
ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

      A copy of the foregoing has been sent by electronic mail (E-mail) upon the following attorneys and parties via the Court's electronic filing system on the 30th day of July, 2010:

Paul Rauschenbach
Hahn, Enright, & Hansen
701 Market Street, Ste 450
St. Louis, MO 63101
Phone:      (314) 588-2270
Fax:      (314) 436-0546
Email:      paul.rauschenbach@zurichna.com
ATTORNEY FOR DEFENDANT
MACKIE MOVING SYSTEMS CORP.


John Cooney
Danna McKitrick, P.C.
150 N. Meramec Ave., 4th Floor
St. Louis, Missouri 63105
Phone:      (314) 726-1000
Fax:      (314) 725-6592
E-mail:      jcooney@dmfirm.com
ATTORNEY FOR DEFENDANT AMCO INS. CO.


Michael Donelson
Fox Galvin, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
Phone:      (314)588-7000
Fax:      (314)588-1965
Email:      mdonelson@foxgalvin.com
ATTORNEY FOR DEFENDANT
ZURICH AMERICAN INS. CO.

                                        /s/ Joshua P. Myers