IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN LEE BURROUGHS ) | |
| ) | |
| and ) | |
| ) | |
| ROSE BURROUGHS ) | |
| ) | |
| Plaintiffs, ) | Cause No: 4:07cv1944MLM |
| ) | |
| vs. ) | |
| ) | |
| MACKIE MOVING ) | |
| SYSTEMS CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

<u>PLAINTIFFS JOHN AND ROSE BURROUHS AND DEFENDANT MACKIE
MOVING SYSTEMS CORPORATION'S JOINT STIPULATION OF DISMISAL
WITH PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT MACKIE
MOVING SYSTEMS CORPORATION</u>

COME NOW Plaintiffs John Lee Burroughs and Rose Burroughs, through counsel, and Defendant Mackie Moving Systems Corporation, through counsel, and pursuant to FRCP 41(a)(1)(ii) stipulate that Plaintiffs John Burroughs and Rose Burroughs hereby dismiss with prejudice their claims asserted against only Defendant Mackie Moving Systems Corporation. Each party to bear their own costs.

1

Schultz & Myers, LLC


By:__/s/ Joshua P. Myers_____
Joshua P. Myers, ED #511892
13321 N. Outer 40 Rd., Ste 800
Chesterfield, MO 63017
Phone:         (314) 744-8900
Fax:            (314) 720-0744
Email: josh@schultzmyers.com
ATTORNEY FOR PLAINTIFFS



HAHN, ENRIGHT & HANSEN


By /s/ Paul M. Rauschenbach__
Paul M. Rauschenbach - 4128
701 Market Street, Suite 450
St. Louis, MO 63101
Phone: (314) 588-2270
Fax: (314) 436-0546
Attorneys for Defendant Mackie
Moving Systems Corporation



CERTIFICATE OF SERVICE

 A copy of the foregoing has been electronically sent by electronic mail (E-mail) via the Court's electronic filing system upon the following attorneys and parties herein on the 31st day of July, 2010:

Paul Rauschenbach
Hahn, Enright, & Hansen
701Market Street, Ste 450
St. Louis, MO 63101
Phone:         (314) 588-2270
Fax:            (314) 436-0546
Email:         paul.rauschenbach@zurichna.com
ATTORNEY FOR DEFENDANT
MACKIE MOVING SYSTEMS CORP.

John Cooney
Danna McKitrick, P.C.
150 N. Meramec Ave., 4th Floor
St. Louis, Missouri  63105
Phone:	(314) 726-1000
Fax:	(314) 725-6592
E-mail:	jcooney@dmfirm.com
ATTORNEY FOR DEFENDANT AMCO INS. CO.


Michael Donelson
Fox Galvin, LLC
One South Memorial Drive, 12th Floor
St. Louis, MO 63102
Phone:	(314)588-7000
Fax:	(314)588-1965
Email:	mdonelson@foxgalvin.com
ATTORNEY FOR DEFENDANT
ZURICH AMERICAN INS. CO.

            /s/ Joshua P. Myers_____